## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **GENERAL LAND OFFICE OF THE STATE OF TEXAS,** | § § § | |
| *Plaintiff,* | § | **6:22-CV-00044-ADA-JCM** |
| | § | |
| **v.** | § § | |
| | § | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,** | § § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 29. The report recommends that this Court grant Defendants' Motion to Transfer Venue to the Austin Division of the Western District of Texas (ECF No. 8). The report and recommendation was filed on October 21, 2022.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 29) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Transfer to the Austin Division of the Western District of Texas (ECF No. 8) is **GRANTED**.

**SIGNED** this 20th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE